Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE PETITION FOR APPROVAL OF SETTLEMENTS BETWEEN PRESTON CAVNER, STACIE CAVNER AND NORTHWEST SEAPLANES, INC. AND ITS INSURER, OLD REPUBLIC INSURANCE COMPANY | No. 2:13-cv-02060 MJP<br><br>**SUPPLEMENTAL JOINT SUBMISSION IN SUPPORT OF PETITION FOR APPROVAL OF SETTLEMENTS**<br><br>RE-NOTE ON MOTION CALENDAR: January 3, 2014 |

In support of the Petition for Approval of Settlements (Dkt. #1), Petitioners Stacie Cavner, Preston Cavner, Northwest Seaplanes, Inc., and Old Republic Insurance Co. submit copies of the two proposed settlement agreements between the Cavners and Northwest Seaplanes for the Court's review. The proposed Confidential Settlement Agreements and Releases of All Claims are attached as Attachment A and Attachment B.

The financial terms of the proposed settlement agreements are significant because they constitute full, per-person, policy-limits settlements. The insurance policy issued to Northwest Seaplanes has a "per seat" (*i.e.*, per person) limit for personal injury claims. The full per-seat



LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

limit will be paid to both Preston Cavner and Stacie Cavner, respectively. Accordingly, if approved by the Court, the settlements would fully exhaust the available limits of the applicable bodily injury liability insurance policy and would represent the maximum feasible settlements under the policy for these claims.

DATED: December 27, 2013.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Stacie Cavner

By: */s/Jennifer L. Gates*
**(per e-mail authority 12/23/13)**
Jennifer L. Gates
WSBA No. 38686

MILLS MEYERS SWARTLING
Attorneys for Northwest Seaplanes, Inc. and Old Republic Insurance Company

By: */s/Caryn Geraghty Jorgensen*
David M. Schoeggl
WSBA No. 13638
Caryn Geraghty Jorgensen
WSBA No. 27514
David W. Howenstine
WSBA No. 41216

BRODKOWITZ LAW
Attorneys for Preston Cavner

By: */s/Alisa Brodkowitz*
**(per e-mail authority 12/23/13)**
Alisa Brodkowitz
WSBA No. 31749



LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343