UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE PETITION FOR APPROVAL OF SETTLEMENTS BETWEEN PRESTON CAVNER, STACIE CAVNER AND NORTHWEST SEAPLANES, INC. AND ITS INSURER, OLD REPUBLIC INSURANCE COMPANY. | No. 2:13-cv-02060<br><br>**DECLARATION OF SERVICE** |

The undersigned declares under penalty of perjury under the laws of the United States that on this date I caused to be served the following documents:

1. Supplemental Joint Submission in Support of Petition for Approval of Settlements;

by **U.S. Mail** upon the following persons:

William B. Schultz
General Counsel
Office of the General Counsel
U.S. Department of Health & Human Services
200 Independence Ave. S.W. Room 713-F
Washington, D.C. 20201



LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Janice L. Hoffman
Associate General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave. S.W. Room 5309
Washington, D.C. 20201

Pamela K. Parker
Regional Chief Counsel
Centers for Medicare & Medicaid Services
Seattle Regional Office
Office of Regional Administrator
2201 6th Avenue, Suite 801
Seattle, WA 98121

Jenny Durkan
U.S. Attorney, Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED: December 27, 2013.

Linda McIntosh Wheeler
Legal Assistant



LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Alisa Brodkowitz, alisa@brodkowitzlaw.com, jessica@brodkowitzlaw.com

Jennifer L. Gates, jgates@landye-bennett.com, lmead@landye-bennett.com, mclarke@landye-bennett.com, rhopkins@landye-bennett.om

I further certify that I emailed a true and correct copy of the foregoing to the following non-CM/ECF participants: N/A

DATED this December 27, 2013.

Linda McIntosh Wheeler
Legal Assistant



LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343