UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE PETITION FOR APPROVAL OF SETTLEMENTS BETWEEN PRESTON CAVNER, STACIE CAVNER AND NORTHWEST SEAPLANES, INC. AND ITS INSURER, OLD REPUBLIC INSURANCE COMPANY.

CASE NO. C13-2060 MJP

MINUTE ORDER ON

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Proposed Order Granting Petition for Approval of Settlements (Dkt. No. 13) and all documents before the Court in this case. The Court has the following concerns with the proposed order:

1. Under the "Findings of Fact" section on Page 4 at number 10, the Court was unable to find support for the finding that Petitioners have provided notice and a copy of the petition to the General Counsel to the U.S. Department of Health & Human Services,

to the Associate General Counsel of the Centers for Medicare & Medicaid Services Division, and to the U.S. Attorney's Office for the Western District of Washington.

2. Under the "Findings of Fact" section on Page 4 at number 11, this is a legal conclusion and the Court would strike it.

3. Under the "Findings of Fact" section on Page 4 at number 12, the Court does not find support for this statement and would strike it.

The Parties are ORDERED to supply supplemental documentation and/or remove the statements discussed above from their proposed order within seven days of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed this 31st day of January, 2014.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk